■ In the Matter of IRISH AMERICAN SOCIETY OF NASSAU-SUFFOLK AND QUEENS, Respondent, v BOARD OF ASSESSORS OF NASSAU COUNTY et al., Appellants. [761 NYS2d 486] —In a proceeding pursuant to CPLR article 78 to review a determination of the appellant Board of Assessors of Nassau County, dated April 3, 2001, denying the petitioner's renewal application for exemption from real property taxes for the tax year 2001/2002 pursuant to RPTL 420, the appeal is from a judgment of the Supreme Court, Nassau County (Carter, J.), entered April 19, 2002, which granted the petition, annulled the determination, and directed that the renewal application be granted.

Ordered that the judgment is affirmed, with costs.

The record supports the Supreme Court's determination that the petitioner is entitled to a tax exemption pursuant to RPTL 420. The petitioner is a not-for-profit organization that is organized and conducts business exclusively for tax-exempt purposes, and its property is used exclusively for those purposes (*see Matter of Rockland & Orange Counties Carpenter's Apprentice Fund Local No. 964 v Town of Stony Point,* 264 AD2d 847 [1999]; *Matter of Symphony Space v Tishelman,* 60 NY2d 33 [1983]). Feuerstein, J.P., Friedmann, Luciano and Townes, JJ., concur.